IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JOSEPH D. RICHLICK,

       Plaintiff,

       v.

DR. PATTON, D.O.,

       Defendant.

Case No. 2:20-cv-420-CL

ORDER

MCSHANE, Judge:

Magistrate Judge Mark D. Clarke filed a Findings and Recommendation (ECF No. 10), and the matter is now before this court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Plaintiff filed objections to the Findings and Recommendation. Accordingly, I have reviewed the file of this case *de novo*. *See* 28 U.S.C. § 636(b)(1)(c); *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). I find no error and conclude the report is correct.

Magistrate Judge Clarke's Findings and Recommendation (ECF No. 10) is adopted. This action is DISMISSED, with prejudice.

IT IS SO ORDERED.

DATED this 28th day of September, 2020.

                              /s/ Michael J. McShane
                              Michael McShane
                              United States District Judge

1 –ORDER